# United States District Court
# Central District of California

| | |
|---|---|
| MARK SHEDLIN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>OASIS WEST REALTY LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　　　　Defendant. | Case No. 2:16-cv-3757-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　In light of the Notice of Settlement (ECF No. 20), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by November 26, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　**IT IS SO ORDERED.**

　　September 26, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**